IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RUSSELL WAYNE WILSON, | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv341 |
| OLIVER J. BELL, ET AL | § | |

## **ORDER OF DISMISSAL**

The above-entitled and numbered civil action was assigned to United States Magistrate Judge K. Nicole Mitchell, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for failure to obey an order. Plaintiff has not filed an amended complaint as required by this Court's order of March 13, 2014 (docket entry #14). Plaintiff filed a motion requesting that the Court permit his action to proceed, but did not respond to the Report and Recommendation otherwise.

The Court is therefore of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of March, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**